

SUMMERS, BARHAM and TATE, Justices, are of the opinion the writ should be granted to examine the liability of an owner of animal for damage caused by it in light of Civil Code Article 2321 as written and originally interpreted.

Writ denied. The ruling of the court of appeal is correct. Cf. La.C.C.P. Arts. 1920, 4659.

266 So.2d 451

Mr. and Mrs. Robert Cecil LORIO

v.

Roy A. ROMANO et al.

William H. WRIGHT, Individually and as Administrator of his minor child, Charlotte Wright

v.

Roy A. ROMANO et al.

Harrison G. BAGWELL, Individually and as Provisional Tutor of the Estate of his minor daughter, Martha Sue Bagwell

v.

FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY.

No. 52788.

Sept. 28, 1972.

266 So.2d 451

Rene J. BRUNET

v.

William M. JUSTICE, Jr.

No. 52786.

Sept. 28, 1972.

BARHAM, J., is of the opinion the writ should be granted. Obligations under a contractor's bond to release lien may be differentiated from the owner's obligation on such a bond. The right to bond by a contractor, R.S. 9:4841, antedated and is not modified by the owner's statutory right to bond, R.S. 9:4842. Ten year prescription on contract could apply to suit on claim and bond.